IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Reginald Romaine, | |
| Plaintiff, | Case No. 1:16-cv-11192 |
| v. | Judge: Manish S. Shah |
| Portfolio Recovery Associates, LLC; Blitt & Gaines, P.C. | Magistrate Judge: Young B. Kim |
| Defendants. | |

**DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT**

Defendants, Portfolio Recovery Associates, LLC ("PRA") and Blitt & Gaines, P.C. ("Blitt") by and through their attorneys, David M. Schultz and Brandon S. Stein, move pursuant to Rule 58 of the Federal Rules of Civil Procedure for the entry of a final judgment. In support thereof, Defendants state as follows:

1. Plaintiff filed this lawsuit on December 8, 2016, wherein the Complaint asserted violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") against Defendants. Dkt. #1.

2. On February 15, 2017, Defendants filed a joint motion to dismiss Plaintiff's Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. #15, 16.

3. On June 12, 2017, this Court issued an order granting Defendants' joint motion to dismiss, and dismissed Plaintiff's complaint without prejudice for lack of subject-matter jurisdiction. Dkt. #26.

4. This Court's June 12, 2017 order on Defendants' motion to dismiss gave Plaintiff leave to file an amended complaint until July 5, 2017. Dkt. #26. The Court's order stated that if an amended complaint was not filed by that date, that final judgment would be entered. Dkt. #26.

5. As of the date of the filing of this motion, no amended complaint has been filed by Plaintiff.

6. Defendants therefore request that pursuant to this Court's June 12, 2017 order (Dkt. #26), that this Court enter a final judgment in favor of Defendants and against Plaintiff.

WHEREFORE, Defendants, Portfolio Recovery Associates, LLC, and Blitt & Gaines, P.C., respectfully request that this Court enter final judgment in favor of the Defendants and against the Plaintiff pursuant to the Court's June 12, 2017 order (Dkt. #26), and grant any other relief that this Court deems just and equitable.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/ *Brandon S. Stein*
Brandon S. Stein

David M. Schultz
Brandon S. Stein
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
dschultz@hinshawlaw.com
bstein@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, Brandon S. Stein, an attorney, certify that I shall cause to be served a copy of the DEFENDANTS' MOTION FOR ENTRY OF FINAL JUDGMENT upon all parties of record electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, on July 26, 2017.

HINSHAW & CULBERTSON LLP

*/s/Brandon S. Stein*

Brandon S. Stein
David M. Schultz
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000; 312/704-3001 – facsimile
dschultz@hinshawlaw.com
bstein@hinshawlaw.com

300201680v1 0993895